|   |   |
|---|---|
| 1 | PAUL ANTHONY MARTIN |
|   | Acting United States Attorney |
| 2 | District of Arizona |
|   | FRANK T. GALATI |
| 3 | Assistant United States Attorney |
|   | Arizona State Bar No. 003404 |
| 4 | Two Renaissance Square |
|   | 40 N. Central Ave., Suite 1800 |
| 5 | Phoenix, Arizona 85004 |
|   | Telephone: 602-514-7500 |
| 6 | Email: Frank.Galati@usdoj.gov |
|   | Attorneys for Plaintiff |



**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-08031-PCT-JJT (MHB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 1163 |
| Harrison Kinney, Jr., | (Embezzlement and Theft from Indian Tribal Organization) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Between about October 24, 2017 and October 2019, in the District of Arizona, HARRISON KINNEY, JR. embezzled, stole and converted to his own use, money or property of a value of more than $1000 that belonged to an Indian tribal organization, or was entrusted to the custody and care of an officer, employee or agent of an Indian tribal organization, as follows: HARRISON KINNEY, JR., as an evidence technician of the White Mountain Apache Tribal Police Department ("WMATPD"), was an employee or agent of an Indian tribal organization, the White Mountain Apache Tribe. WMATPD entrusted property held as evidence, including money, to the custody and care HARRISON KINNEY, JR., its evidence technician. HARRISON KINNEY, JR. embezzled, stole and

converted to his own use $43,488.20 that was held as evidence by the WMATPD and was entrusted to his custody and care.

In violation of Title 18 United States Code § 1163.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: April 13, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

/S/
FRANK T. GALATI
Assistant U.S. Attorney